IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRITNIE MOKA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| HUNTEX PROPERTIES and MONEY LAW & TITLE, | ) | 3:23-CV-2827-G-BW |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Accordingly, the defendant Money Law & Title's motion (docket entry 34) is **GRANTED IN PART**.  Service of process on the defendant Money Law & Title (docket entry 15) is **QUASHED**, and the entry of default against this defendant (docket entry 19) is **SET ASIDE**.

**SO ORDERED**.

April 20, 2026.

**A. JOE FISH**
**Senior United States District Judge**